IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| CLAUDIA M. CARL, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:05-CV-454-HL |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant. | : | |

# ORDER

Before the Court is a Report and Recommendation (Doc. 16) from United States Magistrate Judge Claude W. Hicks that recommends affirming the Social Security Commissioner's decision to deny Social Security benefits to Plaintiff. Plaintiff filed an objection to the Magistrate Judge's Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's objection and has made a de novo determination of the portion of the Recommendation to which Plaintiff objects. For the reasons contained in Judge Hicks's Recommendation, the Commissioner's decision to deny Social Security benefits should be affirmed, and therefore, this Court accepts the Recommendation.

**SO ORDERED**, this the 26th day of March, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

1